

during their marriage. Hite did not receive a Certificate of Appealability on this issue and therefore this claim is not properly before us.

AFFIRMED.

Sean K. THOMPSON, Plaintiff—
Appellant,

v.

UNIVERSAL TELEVISION, INC.; Universal Studios, Inc.; Universal Television Studios; Nbc Inc.; Nbc Studios, Inc.; Mark Brazill, Defendants—Appellees.

No. 01–55355.
D.C. No. CV–99–05805–WMB.

United States Court of Appeals,
Ninth Circuit.

Submitted March 13, 2002.*

Decided March 19, 2002.

Before KOZINSKI and GOULD, Circuit Judges, and BREYER, District Judge.**

\* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\*\* The Honorable Charles R. Breyer, United States District Judge for the Northern District of California, sitting by designation.

\*\*\* This disposition is not appropriate for publication and may not be cited to or by the

MEMORANDUM \*\*\*

We affirm for the reasons stated by the district court.

AFFIRMED.

Martin J. MORRIS, Plaintiff—
Appellant,

v.

UNUM LIFE INSURANCE COMPANY, Defendant—
Appellee.

No. 01–55554.
D.C. No. CV–99–01150–AHS.

United States Court of Appeals,
Ninth Circuit.

Submitted March 13, 2002.*

Decided March 19, 2002.

Before KOZINSKI and GOULD, Circuit Judges, and BREYER, District Judge.**

courts of this circuit except as may be provided by 9th Circuit Rule 36–3.

\* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

\*\* The Honorable Charles R. Breyer, United States District Judge for the Northern District of California, sitting by designation.